Exhibit A to the Complaint

**Location:** Woodland, CA  **IP Address:** 104.220.210.140
**Total Works Infringed:** 31  **ISP:** Wave Broadband

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E0EB284AF1D642F04E46E9827F0EA4EE9A263BCC<br>File Hash: F17734D0F6E39A4B11ECDE01F16E6098111B862D5D49992BE979BEFECE4C97C0 | 12-08-2021 19:57:07 | Tushy | 12-05-2021 | 12-09-2021 | PA0002325840 |
| 2 | Info Hash: 6AF4F17AD9DC19F64DE641CBE672D9C7CD699D8E<br>File Hash: 985A44BBBDDAAF38195EA059D5BA0757A510E4231200FF28BD37B8EAAEF53EF4 | 12-07-2021 03:09:20 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 3 | Info Hash: 155F9C2D065D97AE8B30367E00650A8D9452E6A2<br>File Hash: 2458FBF03E1CA2761B208151E25DB463C4FC20B3D305DA40A6198E112484882A | 12-05-2021 14:41:32 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 4 | Info Hash: A46EF5D51533052AB5DB18AD5D59C02498112521<br>File Hash: E5D45312A0B249EB3F0741F4B012A08C297C648B314375ED6CC0A752B45BE90B | 12-05-2021 14:39:17 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |
| 5 | Info Hash: AEA2A54A10B734C86EA9A7997223B49989896BE2<br>File Hash: 41041503E1C182A4AAAF199D41D54B74439B9907271000EF4C8CEF9F1DE3998C | 12-04-2021 15:40:09 | Tushy | 07-04-2021 | 07-08-2021 | PA0002300663 |
| 6 | Info Hash: FA37740D9E7044B7F207B74D25434C7D3F937905<br>File Hash: 832AAAB63729BB4B8594F2B6EAF8C9C3EEE6703A0AACDC8E6EB24C13BE3FE5D9 | 11-22-2021 16:25:52 | Blacked | 10-16-2021 | 10-19-2021 | PA0002317055 |
| 7 | Info Hash: 0E4CACEDCCDF0CEAF44A2BE0EC857587D35EA57A<br>File Hash: CE825ED8394023946EA5073AD8CD9A7095F4B9B6F597C02D4CB498375948662B | 11-22-2021 14:56:05 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 8 | Info Hash: CF3E9CA103806038AE6E53BF5F80CFD5035EA0E7<br>File Hash: BA76A7FB4DD3D4C5FCFD8BD539AC282712CB8B14F8D9EB1E85C1D41DBA256E4F | 11-15-2021 22:25:59 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 0EA70C4136D3ED3CC3474160F6A54DA00DA9B732<br>File Hash: 5F1E4B5ABBFC4A0B2DD7F46C6414E6B062EDE9E7ECD07E28F56F480D37FB20A6 | 11-15-2021 21:18:33 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 10 | Info Hash: E7552B1E1BC2A51DFA06BE24481DCDADE4532FC7<br>File Hash: 255D82545BA250B81F474E18B67FE5BF93FC260705250522098F388A7C305604 | 08-29-2021 13:35:31 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |
| 11 | Info Hash: 71D2D29AD1EC84E95C3EC6E1CAEDD6A2595FF48B<br>File Hash: FBBEC96AB34618E8209282048601343DC436F5AA83CAD376ABD85F8CEA28459B | 08-25-2021 23:16:47 | Tushy | 05-30-2021 | 06-24-2021 | PA0002303168 |
| 12 | Info Hash: 980E29E94CEBAFEE2E480DF633DF6187E8CC965D<br>File Hash: 1A0F9D7BE2306841713F712039A84E4EC7164CAF368F5352E5F088BEB55B5CA9 | 08-13-2021 13:56:56 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |
| 13 | Info Hash: 05926D256929D4E3557BF7DBE26A5DF0140DA580<br>File Hash: 12DB0B0E6F2AD6D47AF4BDC53CA5F62CAC99D03FF937B0796B3E6CF21057785D | 07-19-2021 13:16:35 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 14 | Info Hash: B7441E573A302AB3AE9F883F1203B2952746F75F<br>File Hash: 42295408AAE92E3EBF7E487E9C9D6247F04DD7F833E9915B97CEF1EB29C6D11A | 07-15-2021 02:46:14 | Vixen | 06-25-2021 | 08-20-2021 | PA0002312014 |
| 15 | Info Hash: 728FEEBA350EC584BC7E9E2759A64F759E9B7855<br>File Hash: AD5470EFA8A5C85886C8855DB48558326273F73168397DFFC88EE5E6B5BB1A2A | 07-04-2021 14:19:55 | Vixen | 01-04-2020 | 01-27-2020 | PA0002223959 |
| 16 | Info Hash: 86491FC10A5128233E050F0E4AAC4809942A94A4<br>File Hash: F42ACA9A08AD5FD88857FE14B1C7F85EB40EDE50AAB0DAD7950C08601C1A1994 | 07-04-2021 13:34:12 | Vixen | 06-18-2021 | 08-20-2021 | PA0002312012 |
| 17 | Info Hash: 000CF780EE8D09A7354FE754FB92439DCC22DD01<br>File Hash: AD1EA91DF88124AFEF4D1764EAF491C2C2F38FBF1BB7D9222A8336351EC93687 | 07-03-2021 02:59:34 | Blacked Raw | 06-21-2021 | 07-08-2021 | PA0002300661 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 5562787D91E3447D81F9275687499D136F496655<br>File Hash: 67723D0C5886F713BFB35B01B63D0B9E7465530B4EB34D54894692D91F4964BC | 06-26-2021 13:44:42 | Tushy | 05-23-2021 | 06-15-2021 | PA0002296928 |
| 19 | Info Hash: 2E488D2530B78399628D50E819179A23693E120A<br>File Hash: 7B75D65C107E15B751BDD24B4FC32F760B3E817F58BFB088434E7A96317F91ED | 06-26-2021 13:39:51 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |
| 20 | Info Hash: 3C42054A5A39D7E3508485093FA4439C0D21418E<br>File Hash: 88AF76373A486EF222892AD8DCBC493458BBE63012694F640656F7B4A570E388 | 06-26-2021 02:18:27 | Blacked | 08-03-2019 | 09-10-2019 | PA0002199412 |
| 21 | Info Hash: 86C5F87BA9C2618D57F79C76608F5D883C5439CF<br>File Hash: 58FBE5F562F65118013731FFA138E1D677C1589287C02171C3829034C0E6DAED | 06-23-2021 22:01:36 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 22 | Info Hash: 7F06F0E07A10143EB2C8673FADA7B21358A4AB2D<br>File Hash: 8730E641DB888136CD4E9A1EA37C129852A6999082620E5C071F489A6055E333 | 06-23-2021 22:00:51 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |
| 23 | Info Hash: D90661C4EAF703AD571420CB0E7B68DA96A83C8F<br>File Hash: EC6D90A123469F683033BF6383B5F9752EA070551E408220A225B6352EE6E9B6 | 05-28-2021 02:16:08 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 24 | Info Hash: F0BB5EC44696955E214165B717DEB7B177B41FB8<br>File Hash: 3EC4C6B9B87FD56CE21D1918824C207541BA1402A0F4CDE9123FF706EEE2B930 | 05-28-2021 01:47:27 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 25 | Info Hash: F79ED94190ADC5734573AA4A13934FF9627357CD<br>File Hash: D1EE25645FFFE8CB3A087B21142C117B49FF62A9524BE31CFEC31B956B960361 | 05-04-2021 03:56:01 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 26 | Info Hash: 999C03253CE0755916BEA619580CA77216F552E6<br>File Hash: B707565A7B07155F641B6F9D04B5CF088B456914F821B4B7312967FEF8E1AB43 | 04-23-2021 05:18:21 | Tushy | 04-16-2019 | 05-11-2019 | PA0002173879 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 24F22250099E59B57635642A039DEE8BF57F9969<br>File Hash: 06F08E1639036666B9C9DCC0735E4184B305BDC8FBD5D3CEB46FA50BCB383D40 | 04-20-2021 03:49:09 | Vixen | 08-28-2020 | 09-22-2020 | PA0002265876 |
| 28 | Info Hash: 0831C39B96141D03108035C68634D07B7FEC17E3<br>File Hash: B6D592F0421214748037AF3DCFA10DBED97C2FE123404C518753AD67B5914948 | 04-20-2021 03:46:28 | Blacked Raw | 02-22-2021 | 03-08-2021 | PA0002280371 |
| 29 | Info Hash: 338C6273050AF6EFE7A181F010212C72844BB7AB<br>File Hash: E9F47DD51471CC467A124A8630CD4B43E0AF41800AF25111C9FCCAFED079925C | 04-18-2021 00:48:25 | Tushy | 04-04-2021 | 04-14-2021 | PA0002286714 |
| 30 | Info Hash: C3FB7277333208A9A5A6875DFC848D49EBF63316<br>File Hash: 62B9ECD5B5E4215A3A277FABECFAD4106237E5194C3DC0491B94AF579227FACE | 04-18-2021 00:46:15 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 31 | Info Hash: CB90350E44C2AB7193F8C040FE32DADDB93F4F58<br>File Hash: 28D908764D4E6D28989CAA5B2B0CE68B96C79DD0D952F2A614F7BE8437B97F7A | 04-17-2021 02:07:11 | Vixen | 03-26-2021 | 04-27-2021 | PA0002288946 |