UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE subscriber assigned IP address 104.220.210.140<br><br>　　　　　Defendant. | No. 2:21-cv-02365-TLN-CKD<br><br><br>ORDER TO FILE STATUS REPORT |

　　　On February 24, 2022, plaintiff filed a status report (ECF No. 6) in accordance with the terms of this court's January 12, 2022 order. (ECF No. 5.) Good cause appearing, IT IS HEREBY ORDERED THAT within 30 days from the date of this order, plaintiff shall file a further status report that includes the information set forth in the court's January 12, 2022 order.

Dated: February 28, 2022

　　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

8.Strike3.2365.furtherstatus

1